IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR50 |
| | ) | |
| v. | ) | |
| | ) | |
| SABINO CASTANEDA-TORRES and | ) | ORDER |
| JAIME MARTINEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motions to continue trial (Filing Nos. 25 and 26). Subject to the filing of a written waiver of speedy trial, the Court will grant said motions. Accordingly,

IT IS ORDERED that defendants' motions are granted; trial of this matter is rescheduled for:

**Monday, August 1, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 21, 2005, and August 1, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court