IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:05CR50
                               )
      v.                       )
                               )
SABINO CASTANEDA-TORRES,       )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 33). For good cause shown,

IT IS ORDERED that a Rule 11 hearing is rescheduled for:

**Thursday, September 8, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 19, 2005, and September 8, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
      LYLE E. STROM, Senior Judge
      United States District Court