IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR50 |
| | ) | |
| v. | ) | |
| | ) | |
| SABINO CASTANEDA-TORRES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Jerry J. Sena to withdraw as counsel for defendant (Filing No. 38), and on defendant's motion to continue (Filing No. 39).  After a hearing with counsel for both parties and defendant present, defendant waived the application of the speedy trial act and advised the Court he intends to retain new counsel.  Accordingly,

IT IS ORDERED:

1) The motion of Jerry J. Sena to withdraw as counsel is granted;

2) Defendant's motion to continue is granted.  Trial of this matter is scheduled for:

**Monday, November 14, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 8,

2005, and November 14, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court