IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )        8:05CR50
                               )
      v.                       )
                               )
SABINO CASTANEDA-TORRES,       )        ORDER
                               )
             Defendant.        )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, February 16, 2006, at 11:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court