IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR50 |
| | ) | |
| v. | ) | |
| | ) | |
| SABINO CASTANEDA-TORRES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter was before the Court for sentencing on February 16, 2006.  The Court had previously accepted the parties' plea agreement (Filing No. 45), including the provision at Paragraph 1d, whereby the $3,500.00 charged in Count II would be delivered to the defendant's attorney, Susan M. Bazis.  Accordingly,

IT IS ORDERED that the United States Marshal's Service is directed to deliver $3,500.00 to defendant's attorney, Susan M. Basis.  Upon the Marshal's delivery of the same, the forfeiture proceedings in this matter are closed.

DATED this 10th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court